JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAURA WRIGHT, | ) Case No. CV 19-2566-JVS (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED that this action is dismissed without prejudice.

DATED: October 15, 2019

JAMES V. SELNA
U.S. DISTRICT JUDGE